**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2196**

DEMETRA MILLADGE,

                Plaintiff - Appellant,

      v.

OTO DEVELOPMENT, LLC,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:14-cv-00194-CMH-JFA)

Submitted: June 30, 2015           Decided: July 22, 2015

Before WILKINSON and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David A. Branch, LAW OFFICE OF DAVID A. BRANCH & ASSOCIATES, PLLC, Washington, D.C., for Appellant. Teresa Burke Wright, Meredith F. Bergeson, JACKSON LEWIS P.C., Reston, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetra Milladge appeals from the district court's order granting summary judgment in favor of OTO Development, LLC, in her employment discrimination action. We have reviewed the record and the parties' arguments on appeal, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Milladge v. OTO Development, LLC, No. 1:14-cv-00194-CMH-JFA (E.D. Va. Oct. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED